Drohan Lee

Erika M. Calderon

T: (212) 710-0011

ecalderon@dlkny.com

May 6, 2026

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *R.F. et al v. N.Y.C. Dep't of Educ.,* 25-cv-10774 (JPC)

Dear Judge Cronan,

      We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

      Defendant, with Plaintiffs' consent, respectfully submits this letter to request a one-week adjournment of the Telephone Conference currently scheduled for May 8, 2026 (the "Conference"). ECF No. 10. At this time, the parties are in active settlement negotiations and need additional time to determine if this matter can be resolved. This is the first request for an adjournment of the Conference.

      Accordingly, Defendant respectfully requests that the Conference be adjourned to May 15, 2026, or to a future date convenient to the Court. Thank you for considering this request.

                Respectfully submitted,

                By: */s/ Erika M. Calderon*
                Erika M. Calderon, Esq.

cc: Steven J. Alizio, Esq. (*via* ECF)

The conference scheduled for May 8, 2026, is adjourned until May 15, 2026, at 4:00 p.m. The Clerk of Court is respectfully directed to close Dkt. 12.

SO ORDERED
May 7, 2026

JOHN P. CRONAN
United States District Judge